478 A.2d 56

Commonwealth, Appellant, v. Hooper.

Submitted October 18, 1983. Lee

560

Ruslander, Assistant District Attorney, for Commonwealth, appellant; George J. D'Ambrosio, for appellee.

Before McEWEN, BECK and HOFFMAN, JJ.

The order of the lower court is reversed.

McEWEN, J., concurred in the result.